# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **JON HOMER,**<br><br>            **PLAINTIFF,**<br><br>**v.**<br><br>**FIRST FEDERAL CREDIT CONTROL, INC. CONVERGENT OUTSOURCING, INC. PORTFOLIO RECOVERY ASSOCIATES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC. and EQUIFAX INFORMATION SERVICES, LLC,**<br><br>            **DEFENDANTS.** | **Case No.: 6:24-cv-138-JA-EJK** |

## JOINT NOTICE OF SETTLEMENT

COMES NOW Plaintiff JON HOMER, through undersigned counsel, and files this Notice of Settlement to inform the Court that plaintiff JON HOMER and defendant EQUIFAX INFORMATION SERVICES, LLC have reached a settlement in the above-captioned matter, and that, upon finalizing and effectuating a settlement agreement, a Dismissal of this matter will be filed with respect to EQUIFAX INFORMATION SERVICES, LLC only.

WHEREFORE, the parties respectfully requests that the Court allows the parties sixty (60) days in which to file a notice of dismissal, along with any other relief the Court deems just and proper.

Dated: February 26 , 2024

/s/: *Jason Tenenbaum*
Jason Tenenbaum, Esq.
Florida Bar No.: 0670200
Tenenbaum Law Group, PLLC
1600 Ponce De Leon Blvd, 10th Floor
Coral Gables, FL 33134
PH: (305) 402-9529
jason@tenenbaumlawgroup.com

*Attorneys for Plaintiff*

/s/: *Jason Joffe*
Jason Daniel Joffe
Florida Bar No.: 0013564
200 South Biscayne Boulevard.,
Suite 3400
Miami, FL 33131
PH: (305) 577-7000
Jason.joffe@squirepb.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 26, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/Jason Tenenbaum, Esq.*