## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| **JON HOMER,**<br><br>          **PLAINTIFF,**<br><br>**v.**<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC.,** *ET.AL.*,<br><br>          **DEFENDANTS.** | **Case No.: 6:24-CV-00138-JA-EJK** |

### JOINT NOTICE OF SETTLEMENT

COMES NOW Plaintiff JON HOMER, through undersigned counsel, and files this Notice of Settlement to inform the Court that plaintiff JON HOMER and defendant EXPERIAN INFORMATION SOLUTIONS, INC. have reached a settlement in the above-captioned matter, and that, upon finalizing and effectuating a settlement agreement, a Dismissal of this matter will be filed with respect to EXPERIAN INFORMATION SOLUTIONS, INC. only.

WHEREFORE, the parties respectfully requests that the Court allows the parties sixty (60) days in which to file a notice of dismissal, along with any other relief the Court deems just and proper.

Dated: April 8, 2024

/s/: *Jason Tenenbaum*
Jason Tenenbaum, Esq.
Florida Bar No.: 0670200
Tenenbaum Law Group, PLLC
1600 Ponce De Leon Blvd, 10th Floor.
Coral Gables, FL 33134
PH: (305) 402-9529
jason@tenenbaumlawgroup.com

*Attorneys for Plaintiff*


*/s/ Jean Phillip Shami*
Jean Phillip Shami, Esq.
Florida Bar No. 1010126
JONES DAY
600 Brickell Avenue, Suite 3300
Miami, FL 33131
Tel.: (305) 714-9706
Fax: (305) 714-9799
jshami@jonesday.com

*Attorney for Defendant*
*Experian Information Solutions, Inc.*



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 8, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/Jason Tenenbaum, Esq.*