# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **JON HOMER,**<br>      **PLAINTIFF,**<br><br>v.<br><br>**FIRST FEDERAL CREDIT CONTROL, INC. CONVERGENT OUTSOURCING, INC. PORTFOLIO RECOVERY ASSOCIATES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC. and EQUIFAX INFORMATION SERVICES, LLC,**<br><br>      **DEFENDANTS.** | Case No.: 6:24-cv-138-JA-EJK |

## JOINT NOTICE OF SETTLEMENT

COMES NOW Plaintiff JON HOMER, through undersigned counsel, and files this Notice of Settlement to inform the Court that plaintiff JON HOMER and defendant FIRST FEDERAL CREDIT CONTROL, INC., have reached a settlement in the above-captioned matter, and that, upon finalizing and effectuating a settlement agreement, a Dismissal of this matter will be filed with respect to FIRST FEDERAL CREDIT CONTROL, INC. only.

WHEREFORE, the parties respectfully requests that the Court allows the parties sixty (60) days in which to file a notice of dismissal, along with any other relief the Court deems just and proper.

Dated: April 26 , 2024

*/s/: Jason Tenenbaum*
Jason Tenenbaum, Esq.
Tenenbaum Law Group, PLLC
1600 Ponce De Leon Blvd, 10th Floor
Coral Gables, FL 33134
PH: (305) 402-9529
jason@tenenbaumlawgroup.com

Attorneys for Plaintiff

*/s/: Charles McHale*
Charles James McHale, Jr.
Martin Golden Lyons Watts Morgan
410 South Ware Blvd.
Suite 806
Tampa, FL 33619
PH: (813) 324-7551
cmchale@mgl.law
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY  that on April 26, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/Jason Tenenbaum, Esq.*